**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

NADIA DABUL-MONTINI, on behalf of N.D.,

        Plaintiff,

  -vs-                                      1:09-CV-0966

MICHAEL J. ASTRUE,,
Commissioner of Social Security,

        Defendant.

---

**THOMAS J. McAVOY**
**Senior United States District Judge**

### DECISION and ORDER

This matter was referred to the Hon. Victor E. Bianchini, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York.  No objections to the July 30, 2010 Report-Recommendation have been raised.  After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.  Accordingly, this Court adopts the Report-Recommendation and Order for the reasons stated therein.

For the foregoing reasons, the case is remanded to the Commissioner of Social Security for the calculation of benefits.
**IT IS SO ORDERED.**

Dated: September 7, 2010

_____
Thomas J. McAvoy
Senior, U.S. District Judge